UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSEPH HENDERSON,<br><br>                Petitioner,<br>v.<br><br>RENEE BAKER, et al.,<br><br>                Respondents. | Case No. 3:14-cv-00639-RCJ-WGC<br><br>ORDER |

Joseph Henderson's habeas matter under 28 U.S.C. § 2254 is before the court on respondents' motion to strike what petitioner styled as a second legal memorandum (ECF No. 51). The Federal Public Defender is representing Henderson. Respondents have filed an answer to the petition, and Henderson, through counsel, filed a reply in support of the petition (ECF Nos. 39, 45). Thereafter, Henderson filed a pro se legal memorandum (ECF No. 51). As Henderson is represented by counsel, respondents' motion to strike the improper, fugitive document is granted.

**IT IS THEREFORE ORDERED** that respondents' motion to strike (ECF No. 51) is **GRANTED**. Petitioner's second legal memorandum (ECF No. 50) is **STRICKEN**.

DATED: 30 July 2019

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

1