UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSEPH HENDERSON,<br><br>                               Petitioner,<br>     v.<br>RENEE BAKER, et al.,<br><br>                             Respondents. | Case No. 3:14-cv-00639-RCJ-WGC<br><br>Order Denying Motion to Appeal in State Court Matter<br><br>(ECF No. 59) |

      In 2019, the Court denied Joseph Henderson's 28 U.S.C. § 2254 habeas corpus petition, and judgment was entered. (ECF Nos. 54, 55.) The Ninth Circuit Court of Appeals denied his request for a certificate of appealability. (ECF No. 58.) More than four years later, Henderson filed a document in this case that is styled more as a letter than a motion. (ECF No. 59.) He addressed it to the Clerk of Court, and it reads: "I would like to appeal the denial of the Nevada Supreme Court on matter 05-C212968." *Id.* This is the state-court judgment that was already challenged and adjudicated in this petition, and this case is long-closed. It is unclear what relief Henderson seeks. Even if the Court construes this as a motion, it is frivolous. The motion is denied.

      It is therefore ordered that Petitioner's motion to appeal **(ECF No. 59) is DENIED**.

      DATED: 13 February 2025.

 

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1